IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HITESH R. DESAI**                                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:05cv583 HTW-LRA**

**MISSISSIPPI COMMISSION FOR VOLUNTEER
SERVICE AND MARSHA MEEKS KELLY**                  **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion of the parties to dismiss with prejudice the Complaint, the Amended Complaint and the Second Amended Complaint filed against the Defendants, and this Court, having been advised that this cause has been fully compromised and settled, is of the opinion that said motion is well-taken and should be and is hereby granted.

It is therefore ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice with each party to bear their own costs and expenses including attorney's fees.

**SO ORDERED AND ADJUDGED, this the 9th day of February, 2009.**

                                     **s/ HENRY T. WINGATE**
                                     **CHIEF UNITED STATES DISTRICT JUDGE**

Presented by:

___/s James L. Martin_____
James L. Martin
Attorney for Plaintiff

___/s Peter W. Cleveland_____
Peter W. Cleveland
Attorney for Defendants